

**IN RE: S.J.M., a Minor**

**64 MDA 2017**

Superior Court of Pennsylvania.

09/20/2017

24 OC 2016 (Tioga)

Affirmed

**COM.**

v.

**ALEXANDER, G.**

**232 MDA 2017**

Superior Court of Pennsylvania.

09/20/2017

CP–35–CR–0001238–2014 (Lackawanna)

Affirmed

**DISCOVER BANK**

v.

**COLLINS, D.**

**1224 WDA 2016**

Superior Court of Pennsylvania.

09/20/2017

No. 2598 of 2008 GD, No. 521 DSB 2016 (Fayette)

Vacated/Remanded

**COM.**

v.

**PHILLIPS, K.**

**3133 EDA 2015**

Superior Court of Pennsylvania.

09/21/2017

CP–51–CR–0010940–2013 (Philadelphia)

Affirmed

**COM.**

v.

**COOPER, J.**

**566 EDA 2016**

Superior Court of Pennsylvania.

09/21/2017

CP–51–CR–0014102–2011 (Philadelphia)

Reversed/Remanded

**IN the INTEREST OF: S.P., a Juvenile**

**2508 EDA 2016**

Superior Court of Pennsylvania.

09/21/2017

Reargument Denied 11/13/2017

CP–46–JV–0000439–2016 (Montgomery)

Remanded

